UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America

Plaintiff,

v.

Josbel Eliazar Araujo Castillo,

Defendant.

Case No.  21-011 (JRT/TNL)

**DEFENDANT'S MOTION
TO EXCLUDE TIME UNDER
THE SPEEDY TRIAL ACT**

Defendant, Josbel Eliazar Araujo Castillo, by and through his attorney, Patrick G. Leach, Esq., hereby moves the Court to exclude the period of time through August 6, 2021 from the Speedy Trial Act, pursuant to U.S.C. § 3161(h)(7)(A).  A Statement of Facts in support of this motion will be filed with the Court.  Defense counsel has spoken with Joseph Teirab, Assistant United States Attorney, representing the Government in this matter, who has no objection to this motion.

Dated:   June 4, 2021.

Patrick G. Leach
Bar Number: 286825
Attorney for Defendant
Leach Law Office
6465 Wayzata Boulevard
Suite 115
St. Louis Park, MN   55426
Phone:   (763) 220-6164
Fax:   (763) 392-3454
pgl@leachlawoffice.com

221958.WPD